■ In the Matter of GEORGE VAINTRAUB, Respondent, v. NEW YORK RACING ASSOCIATION INC., et al., Appellants.

Concur — Eager, J. P., Steuer, Capozzoli, Rabin and McNally, JJ.